UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of THE GOLDMAN SACHS GROUP, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>LLOYD BLANKFEIN, DAVID M. SOLOMON, M. MICHELE BURNS, DREW G. FAUST, MARK A. FLAHERTY, WILLIAM W. GEORGE, JAMES A. JOHNSON, ELLEN J. KULLMAN, LAKSHMI N. MITTAL, ADEBAYO O. OGUNLESI, PETER OPPENHEIMER, JAN E. TIGHE, DAVID A. VINIAR, and MARK O. WINKELMAN,<br><br>                Defendants,<br><br>and<br><br>THE GOLDMAN SACHS GROUP, INC.,<br><br>                Nominal Defendant. | Case No.: 1:19-cv-01562 (VSB)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION TO DISMISS THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint, the Declaration of Julia A. Malkina (with exhibits), and such other submissions as may be filed in support of this Motion, defendants Lloyd Blankfein, David M. Solomon, M. Michele Burns, Mark A. Flaherty, William W. George, James A. Johnson, Ellen J. Kullman, Lakshmi N. Mittal, Adebayo O. Ogunlesi, Peter Oppenheimer, David A. Viniar, and Mark O. Winkelman, and nominal defendant The Goldman Sachs Group, Inc., by and through their undersigned counsel, will move this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, on a date and time to be set by the Court, for an order: (i) dismissing the Verified

Shareholder Derivative Complaint in its entirety and with prejudice pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure; and (ii) for such other relief the Court deems just and proper.

Dated: May 13, 2019
      New York, New York

Respectfully submitted,

By: /s/ *Sharon L. Nelles*
Sharon L. Nelles (*nelless@sullcrom.com*)
David M.J. Rein (*reind@sullcrom.com*)
Matthew A. Schwartz (*schwartzmatthew@sullcrom.com*)
Benjamin R. Walker (*walkerb@sullcrom.com*)
Julia A. Malkina (*malkinaj@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Defendants Lloyd Blankfein, David M. Solomon, M. Michele Burns, Mark A. Flaherty, William W. George, James A. Johnson, Ellen J. Kullman, Lakshmi N. Mittal, Adebayo O. Ogunlesi, Peter Oppenheimer, David A. Viniar, and Mark O. Winkelman, and Nominal Defendant The Goldman Sachs Group, Inc.*