**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of THE GOLDMAN SACHS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD BLANKFEIN, DAVID M. SOLOMON, M. MICHELE BURNS, MARK A. FLAHERTY, WILLIAM W. GEORGE, JAMES A. JOHNSON, ELLEN J. KULLMAN, LAKSHMI N. MITTAL, ADEBAYO O. OGUNLESI, PETER OPPENHEIMER, DAVID A. VINIAR, and MARK O. WINKELMAN, <br><br> Defendants, <br><br> and <br><br> THE GOLDMAN SACHS GROUP, INC., <br><br> Nominal Defendant. | Case No. 1:19-cv-01562 (VSB) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE VERIFIED SECOND AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Verified Second Amended Shareholder Derivative Complaint, the Declaration of George E. Mastoris (with exhibits), and such other submissions as may be filed in support of this Motion, defendants Lloyd Blankfein, David M. Solomon, M. Michele Burns, Mark A. Flaherty, William W. George, James A. Johnson, Ellen J. Kullman, Lakshmi N. Mittal, Adebayo O. Ogunlesi, Peter Oppenheimer, David A. Viniar, Mark O. Winkelman, and nominal defendant The Goldman Sachs Group, Inc., by and through their undersigned counsel, will move this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York,

on a date and time to be set by the Court, for an order: (i) dismissing the Verified Second Amended Shareholder Derivative Complaint in its entirety and with prejudice pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure; and (ii) for such other relief the Court deems just and proper.

Dated: January 15, 2021
New York, New York

Respectfully submitted,

 /s/ *Robert Y. Sperling* 
Robert Y. Sperling (*pro hac vice*)
Linda T. Coberly (*pro hac vice*)
Seth C. Farber
George E. Mastoris
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
rsperling@winston.com
lcoberly@winston.com
sfarber@winston.com
gmastoris@winston.com

*Counsel for Defendants Lloyd Blankfein, David M. Solomon, M. Michele Burns, Mark A. Flaherty, William W. George, James A. Johnson, Ellen J. Kullman, Lakshmi N. Mittal, Adebayo O. Ogunlesi, Peter Oppenheimer, David A. Viniar, Mark O. Winkelman, and The Goldman Sachs Group, Inc.*