UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of THE GOLDMAN SACHS GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD BLANKFEIN, DAVID M. SOLOMON, M. MICHELE BURNS, MARK A. FLAHERTY, WILLIAM W. GEORGE, JAMES A. JOHNSON, ELLEN J. KULLMAN, LAKSHMI N. MITTAL, ADEBAYO O. OGUNLESI, PETER OPPENHEIMER, DAVID A. VINIAR, and MARK O. WINKELMAN,<br><br>Defendants,<br><br>and<br><br>THE GOLDMAN SACHS GROUP, INC.,<br><br>Nominal Defendant. | Case No. 1:19-cv-1562 (VSB) |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, the Stipulation and Agreement of Settlement, and all prior proceedings in this action, Plaintiff Fulton County Employees' Retirement System, by and through its undersigned counsel, hereby respectfully moves this Court, before the Honorable Vernon S. Broderick, United States District Judge, United States District Court for the Southern District of New York, Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, New York 10007, for an order: (i) granting preliminary approval of the Proposed Settlement; (ii) approving the form and manner of the Parties' proposed

Notice and Summary Notice; and (iii) scheduling a final Settlement Hearing.

For the Court's convenience, the Parties' agreed-upon form of proposed Preliminary Approval Order is submitted herewith.

Dated: May 13, 2022

Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ Steven B. Singer*
Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Phone: (914) 437-8551
Fax: (888) 631-3611

- and -

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
Adam D. Warden
Jonathan Lamet
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Phone: (561) 394-3399
Fax: (561) 394-3382

**SAXENA WHITE P.A.**
Thomas Curry
1000 N. West St., Suite 1200
Wilmington, DE 19801
Phone: (302)-485-0480

**BUCKLEY BEAL**
Michael E. Kramer
600 Peachtree Street, N.E., Suite 3900
Atlanta, GA 30308
Phone: (404) 781-1100
Fax: (404) 781-1101

*Counsel for Plaintiff Fulton County Employees' Retirement System*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, I caused to be filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

*/s/ Steven B. Singer*
Steven B. Singer