UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                          :

FULTON COUNTY EMPLOYEES'
RETIREMENT SYSTEM, *Derivatively on
Behalf of The Goldman Sachs Group Inc.*,

                                Plaintiff,

                - against -

LLOYD BLANKFEIN, et al.,

                           Defendants.
-----------------------------------------------------------X

19-CV-1562 (VSB)

**ORDER**

**VERNON S. BRODERICK, United States District Judge**:

       The conference currently scheduled for Friday, January 13, 2023, at 2:00 p.m. shall be conducted telephonically unless Parties object.  Any objections to a telephonic proceeding shall be filed with the Court by noon, January 12.  Absent any objections, the hearing will be accessible at 1-888-363-4749, with the conference code 2682448.

SO ORDERED.

Dated: January 10, 2023
       New York, New York

                                                                Vernon S. Broderick
                                                                 United States District Judge